RECEIVED
IN LAKE CHARLES, LA

FEB 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: 05-20061 |
|---|---|---|
| VERSUS | * | JUDGE MINALDI |
| JUSTIN PAUL STERLING | * | MAGISTRATE JUDGE WILSON |

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, in Count Ten of the Superceding Indictment, the United States sought forfeiture, pursuant to 18 U.S.C. § 924(d) of the

1. RG Model 14 .22 caliber revolver (SN. L656636) and ammunition
2. Lorcin Model L380 .380 caliber semiautomatic pistol (SN 547762) and ammunition
3. Bryco/Jennings Model T380 380 caliber semiautomatic pistol (Recovered SN 1470367) and ammunition

involved in the offenses described in the Superceding Indictment, and property traceable thereto, including the

1. RG Model 14 .22 caliber revolver (SN. L656636) and ammunition
2. Lorcin Model L380 .380 caliber semiautomatic pistol (SN 547762) and ammunition
3. Bryco/Jennings Model T380 380 caliber semiautomatic pistol (Recovered SN 1470367) and ammunition

**AND WHEREAS**, on January 30, 2006, the defendant pled guilty to Counts

Three and Four of the Superceding Indictment and on February 2, 2006, the defendant, after a jury trial, was found guilty of Counts One, Two, Five, Six, Seven, Eight and Nine of the Superceding Indictment. In light of his convictions, the government is entitled to forfeit the defendant's interest in the property enumerated in Count Ten of the Superceding Indictment to the United States, including:

1. RG Model 14 .22 caliber revolver (SN. L656636) and ammunition
2. Lorcin Model L380 .380 caliber semiautomatic pistol (SN 547762) and ammunition
3. Bryco/Jennings Model T380 380 caliber semiautomatic pistol (Recovered SN 1470367) and ammunition

involved in the offenses described in the Indictment, and property traceable thereto, including:

1. RG Model 14 .22 caliber revolver (SN. L656636) and ammunition
2. Lorcin Model L380 .380 caliber semiautomatic pistol (SN 547762) and ammunition
3. Bryco/Jennings Model T380 380 caliber semiautomatic pistol (Recovered SN 1470367) and ammunition

**THEREFORE**, the United States is entitled to an Order of Forfeiture of said assets.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), all right, title, and interest of the defendant, JUSTIN PAUL STERLING, to the involved in the offenses described in the Superceding Indictment, and all property traceable thereto, including:

1. RG Model 14 .22 caliber revolver (SN. L656636) and ammunition
2. Lorcin Model L380 .380 caliber semiautomatic pistol (SN 547762) and ammunition
3. Bryco/Jennings Model T380 380 caliber semiautomatic pistol (Recovered SN 1470367) and ammunition

2. That, pursuant to 21 U.S.C. § 853(n), the United States Marshal forthwith shall publish once for three (3) consecutive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, JUSTIN PAUL STERLING, having or claiming a legal interest in the forfeited property must file a petition with this Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited property; shall be signed by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petition's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture, as a substitute for published notice as to those persons so notified; and,

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

THUS ORDERED AND SIGNED this 23 day of _____, 2006, at Lake Charles, Louisiana.

PATRICIA MINALDI
Judge, United States District Court