# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:05-CR-20061-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JUSTIN PAUL STERLING** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Sterling's § 2255 motion [Doc. No. 244] is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

THUS ORDERED AND SIGNED at Monroe, Louisiana on this 24th day of September, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE