UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:05-CR-20061-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JUSTIN PAUL STERLING** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for report and recommendation. On September 24, 2018, the Court entered a Judgment adopting the report and recommendation, thereby dismissing Sterling's § 2255 motion without prejudice. The Court additionally denied a certificate of appealability. [*See* Doc. No. 246]. Later that same day, the Court received Sterling's objections to the report and recommendation. [*See* Doc. No. 247]. The Court has now completed its review of the objections filed and finds them to be without merit. Accordingly,

IT IS HEREBY ORDERED that the Judgment entered by this Court on September 24, 2018 [Doc. No. 246], is VACATED.

IT IS FURTHER ORDERED that Sterling's § 2255 motion [Doc. No. 244] is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

SIGNED at Monroe, Louisiana on this 26th day of September, 2018.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE